UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JANIS SHUMWAY,

        Plaintiff,                      Case No. 1:21-cv-11286

v.                                         Honorable Thomas L. Ludington
                                               United States District Judge

HOUGHTON CLOVERLEAF HOTEL
PROPERTY, LLC,

        Defendant.
_____/

**ORDER DIRECTING SUBMISSION OF CLOSING DOCUMENTS AND CANCELLING SETTLEMENT CONFERENCE**

On December 28, 2021, Plaintiff's counsel filed a notice of settlement, indicating that the parties have reached a settlement to be finalized within the next 30 days. ECF No. 22.

Accordingly, it is **ORDERED** that the parties are **DIRECTED** to submit closing documents via the Utilities, Proposed Order function of CM/ECF on or before **January 31, 2022**.

It is further **ORDERED** that the settlement conference scheduled for January 4, 2022 is **CANCELLED**.

Dated: December 29, 2021                    s/Thomas L. Ludington
                                               THOMAS L. LUDINGTON
                                               United States District Judge