**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| JANIS SHUMWAY,<br><br>v.<br><br>HOUGHTON CLOVERLEAF HOTEL PROPERTY, LLC. | Case No: 1:21-cv-11286<br>Honorable Thomas L. Ludington |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant hereby file this Joint Stipulation of Dismissal with Prejudice, showing this Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties voluntarily stipulate that all claims, disputes, and controversies between Plaintiff and Defendant in this matter are dismissed, with prejudice, and that each party shall bear its/her own attorney fees, costs and expenses of litigation.

Respectfully submitted on January 13, 2022.

| | |
|---|---|
| */s/ Tristan W. Gillespie*<br>Tristan W. Gillespie<br><br>THOMAS B. BACON, P.A.<br>5150 Cottage Farm Rd.<br>Johns Creek, GA 30022<br>Gillespie.tristan@gmail.com<br>404-276-7277<br><br>ATTORNEYS FOR PLAINTIFF | */s/ Douglas R. Swatosh*<br>Douglas R. Swatosh<br><br>36510 Goddard<br>Romulus, MI 48174<br>734-955-9088<br>dswatoshlaw@yahoo.com<br><br>ATTORNEYS FOR DEFENDANT |